IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VANCE DOTSON, )<br>                **Plaintiff,** )<br>)<br>v. )<br>)<br>DELIVERY FINANCIAL SERVICES, )<br>LLC., and AARGON AGENCY, INC. )<br>)<br>                **Defendants.** ) | No. CIV-22-195-R |

## ORDER

Before the Court is Plaintiff's Complaint [Doc. No. 1] alleging Plaintiff has been assigned a claim that Defendants violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* For a case to proceed in federal court, Plaintiff must establish that he has Article III standing. "[A] court must raise the standing issue *sua sponte*, if necessary, in order to determine if it has jurisdiction." *United States v. Colorado Supreme Court*, 87 F.3d 1161, 1166 (10th Cir. 1996). Here, where Plaintiff is an Oklahoma resident and the purported claims arise out of activities in Oklahoma, general choice of law principles would indicate that Oklahoma law applies. *US Fax Law Center, Inc. v. Ihire, Inc.*, 476 F.3d 1112, 1118 (10th Cir. 2007). Oklahoma does not recognize or permit assignments of claims like the one at issue in this case. Okla. Stat. tit. 12, § 2017D ("The assignment of claims not arising out of contract is prohibited."). Consequently, Plaintiff shall show cause as to why the Court should not summarily dismiss his action on the ground that he lacks standing to pursue his Complaint no later than fourteen (14) days from the filing of this order.

IT IS SO ORDERED this 17th day of May 2022.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE